## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## AT PIKEVILLE

| | |
|---|---|
| **CHARLENE MARTIN,** | **CIVIL NO. 7:16-CV-260-KKC** |
| **Plaintiff,** | |
| **v.** | **JUDGMENT** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

The Court, having affirmed the decision of the Commissioner, hereby **ORDERS** and **ADJUDGES** as follows:

1. judgment is entered in favor of the Defendant Commissioner;

2. this matter is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. this judgment is **FINAL** and **APPEALABLE**.

Dated March 30, 2018.

*Karen K. Caldwell*

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY